## 29472. WALKER v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 18, 1975.

James Henry Walker, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29560. DANIELS v. STYNCHCOMBE.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 18, 1975.

*B. L. Spruell, James C. Carr, Jr.,* for appellant.
*Lewis R. Slaton, District Attorney,* for appellee.

## 29476. BUSSIE v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 18, 1975

Arthur Truman Bussie, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.